AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

       V.                        CASE NUMBER: **08-C-64**
                                              **(02-Cr-75)**

**JACK PAPANDREOU,**

                  Movant.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED **that Jack Papandreou's petition pursuant to Title 28, United States Code, Section 2255, is DENIED.  This action is hereby DISMISSED.**

| | |
|---|---|
|     **January 23, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |