# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

      V.                                        CASE NUMBER: **08-C-64**
                                                                                **(02-Cr-75)**

**JACK PAPANDREOU**,

              Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that Jack Papandreou's petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This action is hereby DISMISSED.**

    **January 23, 2008**                                   **JON W. SANFILIPPO**
Date                                                     Clerk

                                                       s/ Linda M. Zik
                                                      (By) Deputy Clerk